IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

CALVIN WILLIAMS,

     Plaintiff,

  vs.

SAFEWAY, INC., a Delaware Corporation,

     Defendant.

No. 2:20-cv-1199

NOTICE OF REMOVAL TO
FEDERAL COURT

   Please take notice that Defendant Safeway Inc. hereby removes to the United States District Court for the Western District of Washington the action described below. On July 10, 2020, Defendant Safeway Inc. was served with a summons (**Attachment 1**) and complaint (**Attachment 2**) in an action entitled *Calvin Williams v. Safeway, Inc.,* King County Superior Court No. 20-2-07663-5 SEA. Safeway first received a copy of this complaint on April 27, 2020.

   The complaint does not specify the amount of damages being claimed by the Plaintiff. Pursuant to RCW 4.28.360, Safeway propounded a request for a statement of the damages Plaintiff is claiming in this matter. On July 29, 2020, Plaintiff served



1    Safeway with a statement of damages claiming more than $75,000 in damages in this

2    matter.

3         There is complete diversity because the Plaintiff is a citizen of the State of

4    Washington and Defendant Safeway Inc. is a corporation organized under the laws of the

5    State of Delaware with its principle place of business in the State of California.

6         This court has original jurisdiction over this action pursuant to 28 U.S.C. §1332(a)

7    because it is between citizens of different states and the amount in controversy exceeds

8    $75,000.  This claim is removable to federal court by the defendant pursuant to 28 U.S.C.

9    §1441 based on diversity jurisdiction.

10        A jury demand has been filed in the state court action (**Attachment 3**).

11                          **INTRADISTRICT ASSIGNMENT**

12        The case arises out of an incident which occurred in King County, Washington and

13   the case was originally commenced in King County, Washington.  In accordance with

14   LCR 3(e), this case should be assigned to a judge in the Seattle Division.

15        A civil case cover sheet is attached as **Attachment 4**.

16        Dated:  August 7, 2020.

17                          TURNER KUGLER LAW, PLLC

18                          By:_____s/ John T. Kugler_____
                                 John T. Kugler, WSBA # 19960
19                               Attorney for Defendant Safeway Inc.

20

21

22

23

24

25

NOTICE OF REMOVAL TO
FEDERAL COURT - 2
R:\6898\PLEADINGS\remove.notice.fed.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on August 7, 2020, I electronically filed the foregoing with the
Clerk of the Court using the CM/ECF system which will send notification of such filing to
3  the following:

4            Melissa Odama Hart
            Odama Law, PLLC
5           155 NE 100th St., Ste. 210
            Seattle, WA 98125
6           (206) 402-5214
            Melissa@SeattleCarAccidentLawFirm.com

7

and I hereby certify that I have mailed by United States Postal Service the document to
8  the following non-CM/ECF participants:

9           none

10                    _s/ John T. Kugler_____
            JOHN T. KUGLER, WSB #19960
11          Attorney for Defendant Safeway Inc.
            TURNER KUGLER LAW, PLLC
12          6523 California Ave SW #454
            Seattle, WA 98136-1833
13          Telephone: (206) 659-0679
            E-mail: john@turnerkuglerlaw.com

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF REMOVAL TO
FEDERAL COURT - 3
R:\6898\PLEADINGS\remove.notice.fed.wpd

Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679